FILED _____ LODGED
_____ RECEIVED

Apr 9 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE E. DANIELS,<br><br>Defendant. | NO.  3:24-mj-05111<br><br>COMPLAINT for VIOLATION<br>Title 18, United States Code, Section 922(g)(1) |

BEFORE THERESA L. FRICKE, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 20, 2024, in Pierce County, within the Western District of Washington, CLARENCE E. DANIELS, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

    i.    *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, in the United States District Court for the Western District of Washington, under case number CR15-258, on or about April 21, 2016, and

    ii.    *Possession of Methamphetamine with Intent to Distribute*, in the in the United States District Court for the Western District of Washington, under case number CR15-258, on or about April 21, 2016,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Heckler & Koch, Model HK45C, .45 caliber handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Kit K. Radosevich, being first duly sworn on oath, depose and say:

1.    I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since 2015.  As a Special Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States.  I am familiar with and have received formal training regarding the enforcement of federal firearms, arson, and explosives laws, including completion of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and ATF's Special Agent Basic Training Program in Glynco, Georgia.  During my employment, I have also conducted, and participated in a variety of investigations, including investigations into violations of federal firearms laws.

Complaint - 2
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Prior to joining the ATF, I worked as a corporate accountant, and I maintain a license as a Certified Public Accountant (CPA).

3.    The information set forth in this affidavit is based upon my own investigation, police reports, the investigation conducted by others, and the details related to me by others familiar with this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CLARENCE E. DANIELS committed the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

### SUMMARY OF INVESTIGATION

4.    On February 20, 2024, members of the Puget Sound Auto Theft Task Force contacted DANIELS while he was manipulating the front license plate on a 2001 Toyota Sequoia bearing WA license plate AOF3215. The vehicle was parked in the parking lot of the Tahoma Market located at 6006 Pacific Highway East, Fife, WA 98424. Officers contacted DANIELS to find out what he was doing. A records check indicated that the vehicle had an expired registration, and that DANIELS was not the registered owner.

5.    DANIELS provided officers his identification, and advised officers that he was on federal probation. Officers confirmed DANIELS' identification and received a notification through South Sound 911 records that DANIELS had an active warrant out of the Auburn Police Department.

6.    Officers advised DANIELS that the tabs affixed to his vehicle's back plate were not associated to his vehicle. DANIELS seemed confused, so DANIELS and the contacting officers walked to the back of the vehicle to examine the rear license plate. Another officer that had just arrived on scene used his flashlight to look through the closed front driver-side window of the vehicle. After briefly looking through the window, the officer approached DANIELS and advised him that he saw an empty holster

Complaint - 3
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

inside the vehicle. DANIELS quickly stated there's nothing in it. The officer advised DANIELS that he was gong to pat DANIELS down for weapons. DANIELS complied with the officer's direction, turned, and opened his arms. The officer asked DANIELS if he had any weapons on his person, DANIELS stated something that sounds like nah bro, then the officer said yeah, you do, as he located a loaded Heckler & Koch, Model HK45C, .45 caliber handgun bearing serial number 216021584 in DANIELS' waistband area. The officer then placed DANILES in handcuffs. DANIELS shook his head and stated I only carry that for protection bro, you know how it is out here. Officers then read DANIELS his *Miranda* warnings. DANIELS indicated he understood his rights by nodding his head.

7. A records check indicated the firearm had been reported stolen under Seattle Police Department case #22-207481. Officers asked DANIELS if there were any additional firearms in the vehicle, and DANIELS indicated there were not. Officers asked DANIELS for consent to search the vehicle. DANIELS refused to provide consent.

8. I have reviewed court and law enforcement records related to DANIELS' criminal history. These records show DANIELS is a convicted felon, which prohibits him from possessing firearms. Specifically, DANIELS was convicted in the United States Court for the Western District of Washington for violating 18 U.S.C. § 924(c) (Carrying a Firearm During and in Relation to a Drug Trafficking Crime) and 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Possession of Methamphetamine with Intent to Distribute). On April 21, 2016, DANIELS was sentenced to serve 85 months in prison.

9. Officers booked DANIELS into the Pierce County Jail on a charge of unlawful possession of a firearm.

10. Officers obtained and executed a search warrant on the 2001 Toyota Sequoia bearing WA license plate AOF3215. During the search, they found a Ruger,

Complaint - 4
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Model 10/22 Carbine, .22 caliber rifle with serial number 118-89137 behind the backseat. The firearm had not been reported solen. Illegal drugs were also found in the vehicle, including a total packaged weight of approximately 96.1 grams of fentanyl, approximately 19.8 grams of heroin, and approximately 58.4 grams of methamphetamine.

11.    On February 21, 2024, DANIELS made a recorded phone call from jail to his girlfriend, A.S. In the call, DANIELS advised A.S. he had been arrested for being in possession of a firearm in violation of his federal probation, and that there was a "toy" in the back of his vehicle. The word "toy" is common street slang for a firearm.

12.    In another call the same day to A.S., DANIELS told A.S. he sold narcotics to pay for a friend's child's funeral. In another call with A.S. and a male identified only as "Kai," DANIELS spoke in Samoan for part of the conversation and stated that there was a "fana" (a Samoan word for gun, according to a Samoan-speaking officer) in the back of the vehicle. DANIELS also stated that his Coach brand backpack, and his camo-colored backpack, were also in the vehicle. When the search warrant was executed on the vehicle, these backpacks were in the backseat of the vehicle. The backpacks contained several pieces of mail addressed to DANIELS, two digital scales, and illegal drugs.

13.    Between March 28 and April 5, 2024, I conducted research on the Heckler & Koch, Model HK45C, .45 caliber handgun, and the Ruger, Model 10/22 Carbine, .22 LR caliber rifle for purposes of determining interstate nexus. Through my training and experience, along with resources available to the ATF, including proprietary documentation, direct contact with manufacturers, and consultation experts within ATF, I determined that both firearms are "firearms" as defined by federal law, and that the firearms were not manufactured in the State of Washington. As a result, the firearms must have traveled in, and thereby affected, interstate or foreign commerce, to be possessed in the State of Washington.

Complaint - 5
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

14.   Based on the above facts, I respectfully submit that there is probable cause to believe that CLARENCE E. DANIELS did knowingly and intentionally possess a firearm in violation of Title 18, United States Code, Section 922(g)(1).

15.   This Complaint is being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

KIT RADOSEVICH   Digitally signed by KIT RADOSEVICH
Date: 2024.04.08 13:08:36 -07'00'

KIT K. RADOSEVICH, Complainant
Special Agent, Bureau of Alcohol,
Tobacco, Firearms, and Explosives

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 9th of April 2024.

THERESA L. FRICKE
United States Magistrate Judge

Complaint - 6
*United States v. Daniels*
USAO No. 2024R00273

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800